HENRY A. CASWELL *versus* SAMUEL WARD
February 18, 1842.

A. & H. H. Emmons, attorneys for plaintiff.
J. F. Joy & G. E. Porter, attorneys for defendant.